FILED
1-31-08
JAN 3 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

### AFFIDAVIT OF COMPLAINT IN REMOVAL PROCEEDINGS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 08 CR 86 |
| v. | ) | Hon. Morton Denlow |
| ROBIN E. JOHNSON | ) | No. 08CR 0086 |

The undersigned Affiant personally appeared before MORTON DENLOW, a United States Magistrate Judge, and being duly sworn on oath, states: That at WESTERN DISTRICT OF NEW YORK, one ROBIN E. JOHNSON was charged in a complaint with violation of Section 1028(a)(2) of the United States Code, Title 18, for the offense of KNOWINGLY TRANSFERRING FALSE IDENTIFICATION DOCUMENTS, and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that a Warrant for Arrest is outstanding for the arrest of said defendant.

Wherefore, Affiant prays that the defendant be dealt with according to law.

MICHAEL FIELDS
Special Agent, U.S. Secret Service

Subscribed and Sworn to before me this
31 st day of January, 2008.

MORTON DENLOW
United States Magistrate Judge

SHOSHANA L. GILLERS
Assistant U.S. Attorney

AO 442     (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

**Western** District of **New York**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>V.<br><br>ROBIN E. JOHNSON | **WARRANT FOR ARREST**<br><br>Case Number: 08-M- 512 |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____**Robin E. Johnson**_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court

☐ Pretrial Release Violation Petition  ☐ Probation Violation Petition  ☐ Supervised Release Violation  ☐ Violation Notice

charging him or her with (brief description of offense)
knowingly transferring, in and affecting interstate commerce, false identification documents, knowing that such identification documents were produced without lawful authority

☐ in violation of Title **18** United States Code, Section(s) **1028(a)(2)**

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| | |
|---|---|
| Hon. Jonathan W. Feldman<br>Name of Issuing Officer | _[signature]_<br>Signature of Issuing Officer |
| U.S. Magistrate Judge<br>Title of Issuing Officer | January 16, 2008, Rochester, New York<br>Date and Location |

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |