# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 86 - 1 | **DATE** | 1/31/2008 |
| **CASE TITLE** | USA vs. Robin E. Johnson | | |

**DOCKET ENTRY TEXT**

Removal proceedings held. Defendant appears in response to arrest on 1/31/08 . Defendant informed of rights. Defendant waives her right to an identity hearing. Defendant waives her right to a preliminary examination hearing without prejudice. Defendant ordered removed to the Western District of New York, Rochester, for further proceedings

Docketing to mail notices.

00:14

| | | Courtroom Deputy Initials: | DK |
|---|---|---|---|