CH

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete Items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Barbara Keena*  ☐ Agent  ☐ Addressee<br>B. Received by *(Printed Name)*  *Barbara Keena*  C. Date of Delivery  FEB<br>D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below USPS  ☐ No |
| 1. Article Addressed to:<br><br>Western District of New York<br>2120 U.S. Courthouse<br>100 State Street<br>Rochester, NY 14614 | |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)*<br>7002 2410 0004 0686 1513 | |
| PS Form 3811, February 2004    Domestic Return Receipt    08 CR 86    102595-02-M-1540 | |

**FILED**

FEB 0 8 2008 CH
Feb 08 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT