UNITED STATES DISTRICT COURT
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

THE COPY

**MICHAEL W. DOBBINS,**
**CLERK**

OFFICE OF THE CLERK
February 1, 2008

Western District of New York
2120 U.S. Courthouse
100 State Street
Rochester, NY 14614

RECEIVED
FEB -6 2008

Jonathan W. Feldman
U.S. Magistrate Judge
Western District of New York

Re: U.S. -v- Robin E. Johnson
Your Case: 08 M 512

Dear Clerk of Court:

Enclosed please find the certified copy of the docket entries in connection with removal proceedings conducted in this District regarding the above named defendant.

As of January 18, 2005 for civil and criminal cases, our court uses electronic case filing. You may access our electronic case file and print copies of electronically filed documents by following the procedures on the attached Instruction Sheet. You will need Adobe Acrobat reader loaded on your computer in order to view the documents. If you are an electronic court, you may upload the documents. All documents filed prior to electronic filing are included in this transfer package. (January 18, 2005 for civil and criminal cases)

Please **DO NOT MAKE THE ENCLOSED INSTRUCTION SHEET A PART OF THE OFFICIAL RECORD** as it contains your login and password to our system. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system.

| | | | |
|---|---|---|---|
| _X_ Docket Sheet (08 CR 86) | | _X_ | Affidavit in Removal |
| X Order setting conditions of release | | X | Appearance Bond |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

FILED
2-19-2008
FEB 1 9 2008  YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Sincerely yours,

Michael W. Dobbins, Clerk

by: _Laura Springer_
Deputy Clerk